JS-6

| | |
|---|---|
| 1 | Denise H. Sze, *Of Counsel* [SBN 238511] |
|   | MERLIN LAW GROUP |
| 2 | 1800 Century Park East, Suite 600 |
|   | Los Angeles, California 90067 |
| 3 | Telephone:   (310) 229-5961 |
|   | Fax:            (310) 229-5763 |

Email: Dsze@merlinlawgroup.com

*Attorneys for Plaintiff*s
HENRY HANKINS and BARBARA HANKINS


Gregory Michael MacGregor
Deborah A. Berthel
Sangeeta A. Madhok
MacGREGOR & BERTHEL
21700 Oxnard Street, Suite 1590
Woodland Hills, California  91367
Telephone: (818) 710-3666
Fax: (818) 710-3683
E-mail: mblawyers@macgregorlaw.com

Attorneys for Defendant
**Allstate Insurance Company**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY HANKINS, an individual; and BARBARA HANKINS, an individual;<br><br>             Plaintiffs,<br><br>     v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 50, Inclusive;<br><br>             Defendants. | Case No.  2:16-cv-00162-BRO (MRWx)<br><br>*[Assigned to Judge Beverly Reid O'Connell]*<br><br>ORDER ON<br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

## STIPULATION

Plaintiffs HENRY HANKINS and BARBARA HANKINS and Defendant Allstate Insurance Company (collectively "Parties"), by and through their respective attorneys of record, hereby notify the Court that the Parties reached a settlement and entered into a settlement agreement in this matter without any admission of liability.

Pursuant to the settlement agreement, it is hereby stipulated by and between the Plaintiffs and Defendant, through their respective counsel of record, that this entire action shall be dismissed with prejudice, the Parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned filer attests that all signatories concur in the filing's content and have authorized the filing with electronic signatures.

DATED: October 10, 2016

MERLIN LAW GROUP

By: _____
DENISE H. SZE
KEVIN M. POLLACK
Attorneys for Plaintiffs,
HENRY HANKINS and
BARBARA HANKINS

DATED: October 10, 2016

MACGREGOR & BERTHEL

By: _____
SANGEETA A. MADHOK
Attorneys for Plaintiffs,
HENRY HANKINS and
BARBARA HANKINS

**IT IS SO ORDERED.**

DATED: _____October 12, 2016_____

_____
**UNITED STATES DISTRICT JUDGE**